UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TINA ROSE,

    Plaintiff,

v.

CITY OF WEST FRANKFORT, TIMOTHY A. ARVIEW, THAD SNELL, and WEST FRANKFORT POLICE DEPARTMENT,

    Defendant.

Case No. 25-cv-845-JPG

## MEMORANDUM AND ORDER

This matter comes before Court on the motion filed by plaintiff Tina Rose for leave to file documents electronically using the Court's electronic case filing system, that is, to be designated as a *Pro Se* Filing User (Doc. 8). Rose is disabled, and hand-delivery of her filings to the Clerk's Office poses a hardship to her.

Electronic Case Filing ("ECF") Rule 1 permits *pro se* litigants to use the CM/ECF system for a specific case with prior approval of the Court. Once a Court grants authorization in a particular case, to gain access to CM/ECF, ECF Rule 2 requires the *pro se* litigant to register for an "e-file only" account at www.pacer.gov. Registration with CM/ECF has consequences, including that the *pro se* litigant may no longer submit paper filings and will no longer receive paper mailings from the Court or the defendant. The consequences of CM/ECF registration are explained in Section V of the Court's *Pro Se* Litigant Guide, which is available at https://www.ilsd.uscourts.gov/forms-0. The ECF Rules are available at https://www.ilsd.uscourts.gov/electronic-case-filing. Other resources regarding use of the CM/ECF and PACER systems are available at https://pacer.uscourts.gov/help.

Without being sure that Rose is aware of the consequences and responsibilities of

registration as a CM/ECF user in this case, the Court is hesitant to authorize her as a *Pro Se* Filing User.  Consequently, the Court will **RESERVE RULING** on her motion for *Pro Se* Filing User status (Doc. 8) until she assures the Court that she has read the ECF Rules and Section V of the *Pro Se* Litigant Guide.  If she does not provide such assurances within 30 days of entry of this order, the Court will deny her motion without prejudice.  In the meantime, the Court reminds Rose that filing documents does not require travel to the Courthouse.  She may file documents by mailing them to the Court at:

> United States District Court
> 301 W. Main Street
> Benton, IL  62812.

**IT IS SO ORDERED.**
**DATED:  May 21, 2025**

>                                s/ J. Phil Gilbert
> **J. PHIL GILBERT**
> **DISTRICT JUDGE**