UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TINA ROSE,

        Plaintiff,

    v.                                     Case No. 25-cv-00845-JPG

CITY OF WEST FRANKFORT,
TIMOTHY C. ARVIEW, and
THAD SNELL,

        Defendants.

## <u>MEMORANDUM AND ORDER</u>

This case is before the Court on Plaintiff Tina Rose's Second Amended Complaint (Doc. 82). Since Plaintiff is proceeding in this action without pre-payment of fees, the Court must screen her amended pleading under 28 U.S.C. § 1915(e)(2).

The Court finds that the second amended complaint is deficient for two reasons. First, it does not comply with Federal Rule of Civil Procedure 8(a), which requires a pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's initial complaint was 11 pages, and her amended complaint was 17 pages. Her second amended complaint is 56 pages and contains 130 numbered paragraphs of facts. It also attaches 88 pages of exhibits. That is not "a short and plain statement of the claim." FED. R. CIV. P. 8(a).

Second, it improperly expands the scope of this litigation by including numerous facts that occurred after Plaintiff filed this action. Plaintiff filed her initial complaint on May 2, 2025. Her second amended complaint includes events that occurred as recently as March 27, 2026. Such allegations are only proper in a supplemental complaint, which may not be filed without leave of court. *See* FED. R. CIV. P. 15(d). Plaintiff has not been granted leave.[1]

---

[1] Plaintiff previously sought leave to file a supplemental complaint that alleged many of these facts (Doc. 67). The

The Court ORDERS Plaintiff to file a third amended complaint, on or before April 29, 2026, that fixes these deficiencies. In its Memorandum and Order, entered March 10, 2026, the Court was as meticulous as possible in evaluating Plaintiff's claims and took great care to point out any insufficiencies. In drafting her third amended complaint, Plaintiff should focus on remedying the specific issues that were noted by the Court.

**IT IS SO ORDERED.**
**DATED**: **March 15, 2026**

**J. PHIL GILBERT**
**United States District Judge**

---

Court denied the motion without prejudice (Doc. 74).